RANDY S. GROSSMAN
United States Attorney
GLEN F. DORGAN
Assistant U.S. Attorney
California Bar No. 160502
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7665
Fax: (619) 546-7754
Email: glen.dorgan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.S.M., a minor, by and through his mother, KIARA BRIGHT MCKNIGHT, and KIARA BRIGHT MCKNIGHT, individually,<br><br>        Plaintiffs,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 21-cv-0786 GPC (KSC)<br><br>**JOINT MOTION TO DISMISS** |

**COME NOW THE PARTIES,** Plaintiff O.S.M., a minor, through his mother and natural guardian, Kiara Bright McKnight, by and through their attorneys, Janet, Janet & Suggs, LLC, and Defendant the United States of America ("the Government," or the "United States"), through its attorneys, Randy S. Grossman, Acting United States Attorney, and Glen F. Dorgan, Assistant U.S. Attorney, hereby jointly move the Court to dismiss this action with prejudice.

     Good cause exists for this motion as the parties have resolved the issues identified in Plaintiffs' operative Complaint by way of settlement and agree that Defendant should be dismissed with prejudice. Defendant the United States has already made payment pursuant to the terms in the executed Settlement Agreement, and the parties have further agreed that each party should bear its own attorneys' fees and costs of suit.

     Based upon the foregoing, it is respectfully requested that the Court enter an order dismissing this action with prejudice.

DATED:	April 19, 2023	Respectfully submitted,

                                                                                    JANET, JANET & SUGGS, LLC

                                                                                     _s/ Gerald D. Jowers_____

                                                                                     Gerald D. Jowers, Jr.
Counsel for Plaintiffs

DATED:	April 19, 2023	RANDY S. GROSSMAN
Acting United States Attorney

                                                                                   _s/ Glen F. Dorgan_____

                                                                                   GLEN F. DORGAN
Assistant U.S. Attorney
E-Mail: glen.dorgan@usdoj.gov
Counsel for Defendant the United States

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from the foregoing signatories to affix their electronic signature to this document.

DATED:     April 19, 2023                    Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*s/ Glen F. Dorgan*

GLEN F. DORGAN
Assistant U.S. Attorney
E-Mail: glen.dorgan@usdoj.gov
Counsel for Defendant the United States