UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.S.M., a minor, by and through his mother, KIARA BRIGHT MCKNIGHT, and KIARA BRIGHT MCKNIGHT, individually,<br><br>                Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.:21-CV-0786 GPC-DEB<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>**[ECF No. 34]** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS FOLLOWS:

This case is **dismissed with prejudice**, with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: April 20, 2023

Hon. Gonzalo P. Curiel
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28